James E. ARNOLD, Appellant, v. SOVEREIGN CAMP WOODMEN OF THE WORLD, a Corporation, Appellee.

No. 8468.

United States Court of Appeals
District of Columbia.

Argued Feb. 12, 1945.

Decided Feb. 26, 1945.

Mr. Lester Wood, of Washington, D. C., for appellant.

Mr. Paul M. Segal, of Washington, D. C., for appellee. Messrs. George S. Smith, Philip J. Hennessey, Jr., and David E. Tolman, all of Washington, D. C., also entered appearances for appellee.

Before MILLER, EDGERTON and ARNOLD, Associate Justices.

PER CURIAM.

A careful examination of the record discloses no reversible error, and the judgment is, therefore,

Affirmed.

William H. GRIFFIN, Appellant, v. Grace H. GRIFFIN, Appellee.

No. 8812.

United States Court of Appeals
District of Columbia.

Argued Feb. 15, 1945.

Decided Feb. 26, 1945.

Mr. William H. Griffin, of Washington, D. C., appellant, pro se.

Mr. A. M. Goldstein, of Washington, D. C., for appellee.

Before MILLER, EDGERTON and ARNOLD, Associate Justices.

PER CURIAM.

A careful examination of the record discloses no reversible error, and the judgment is, therefore,

Affirmed.